**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 19 B 34206 |
| Regena Barker, | ) | HONORABLE LaShonda A Hunt |
| DEBTOR | ) | CHAPTER 13 |

## NOTICE OF MOTION

To:   Glenn B Stearns, 801 Warrenville Road Suite 650, Lisle, IL 60532;

See attached Service List via U.S. Mail.

Please take notice that on November 20, 2020, at 10:15 a.m., I shall appear telephonically before the Honorable LaShonda A Hunt, or any judge sitting her place, and present the motion to modify plan, a copy of which is attached.

This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information—Toll Free Number: 1-888-557-8511; Access Code: 7490911.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on November 2, 2020.

*/s/ Sarah Lentes*_____
Attorney for Debtor

The Semrad Law Firm, LLC
10 N Martingale Rd Suite 400
Schaumburg, IL 60173
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-34206<br>Northern District of Illinois<br>Eastern Division<br>Mon Nov  2 14:27:29 CST 2020 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Atlas Acquisitions LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666-1713 |
| Specialized Loan Servicing LLC<br>6200 S. Quebec Street<br>Greenwood Village, CO 80111-4720 | THE BANK OF NEW YORK MELLON<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| (p)APPLIED BANK<br>PO BOX 15809<br>WILMINGTON DE 19850-5809 | Atlas Acquisitions LLC   (CashNetUSA)<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666-1713 | BANKAMERICA<br>9000 SOUTHSIDE BLV FL9-600-02-15<br>Jacksonville, FL 32256-0793 |
| BLITT & GAINES P C<br>661 GLENN AVE<br>Wheeling, IL 60090-6017 | Barker, Nino<br>643 Kingsbrooke Xing<br>Bolingbrook, IL 60440-4845 | CARFINANCE CAPITAL<br>P O BOX 3807<br>COPPELL, TX 75019-5877 |
| ComEd<br>3 Lincoln Center<br>Bankruptcy Section<br>Oakbrook Terrace, IL 60181-4204 | Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oak Brook, IL 60523-1502 | Empire Beauty School<br>4719 Ashford-Dunwood Road #205<br>Perimeter Village<br>Dunwood, GA 30338-5558 |
| Empire Today LLC<br>333 Northwest Avenue<br>Melrose Park, IL 60164-1604 | FIRST PREMIER BANK<br>c/o Jefferson Capital Systems LLC<br>PO Box 7999<br>c/o Linda Dold<br>Saint Cloud, MN 56302-7999 | FLAGSHIP CREDIT ACCEPT<br>3 CHRISTY DR STE 201<br>CHADDS FORD, PA 19317-9670 |
| FSTPROGRESS<br>P.O. BOX  84010<br>COLUMBUS, GA 31908-4010 | Friedman Anselmo Lindberg LLC<br>1771 W Diehl Road<br>Ste 150<br>Naperville, IL 60563-4947 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Illinois American Water<br>PO Box 6029<br>Carol Stream, IL 60197-6029 | Illinois American Water Co.<br>PO Box 3027<br>Milwaukee, WI 53201-3027 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 |
| MERCHANTS CREDIT GUIDE<br>223 W JACKSON BLVD # 700<br>Chicago, IL 60606-6914 | MIDLAND FUNDING<br>PO Box 13105<br>Roanoke, VA 24031-3105 | MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT, INC. as agent<br>PO BOX 2011<br>WARREN MI 48090-2011 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | NATIONWIDE CAC LLC<br>10255 W Higgins Rd<br>Rosemont, IL 60018-5606 | (p)NATIONWIDE CREDIT AND COLLECTION  INC<br>ATTN BOB BECK<br>815 COMMERCE DR<br>SUITE - 270<br>OAK BROOK IL 60523-8852 |

| | | |
|---|---|---|
| Nationwide CAC LLC<br>3435 N Cicero Ave<br>Chicago, IL 60641-3719 | Nicor Advanced Energy<br>PO Box 0632<br>Aurora, IL 60507-0632 | ONEMAIN<br>605 Munn Rd E<br>Fort Mill, SC 29715-8421 |
| ONEMAIN FINANCIAL<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | PORTFOLIO RECOV ASSOC<br>POB 41067<br>Norfolk, VA 23541-1067 | Portfolio Recov Assoc<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | SPECIALIZED LOAN SERVI<br>8742 LUCENT BLVD STE 300<br>HIGHLANDS RANCH, CO 80129-2386 |
| (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | SYNCB/EMPIRE<br>C/O PO BOX 965036<br>ORLANDO, FL 32896-0001 | TBOM/CONTFIN<br>121 CONTINENTAL DR STE 1<br>NEWARK, DE 19713-4326 |
| The Bank of New York Mellon Trustee (See 410<br>c/o Specialized Loan Servicing LLC<br>6200 S. Quebec Street<br>Greenwood Village, CO 80111-4720 | nicor gas<br>po box 549<br>aurora il 60507-0549 | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 |
| Jeremy M Nevel<br>The Semrad Law Firm, LLC<br>20 S. Clark St., Suite 2800<br>Chicago, IL 60603-1811 | Michael Spangler<br>The Semrad Law Firm, LLC<br>20 S Clark St, 28th Floor<br>Chicago, IL 60603-1811 | Patrick Semrad<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Regena Barker<br>643 Kingsbrook Crossing<br>Bolingbrook, IL 60440-4845 | Sarah A Lentes<br>The Semrad Law Firm, LLC<br>20 S. Clark St. Suite 2800<br>Chicago, IL 60603-1811 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| APPLIED BANK<br>4700 EXCHANGE COUR<br>BOCA RATON, FL 33431 | Illinois Department of Revenue<br>P.O. Box 19035<br>Bankruptcy Unit<br>Springfield, IL 62794-9035 | (d)Illinois Department of Revenue- Bankruptcy<br>PO Box 19035<br>Springfield, IL 62794 |
| NATIONWIDE CREDIT & CO<br>815 COMMERCE DR STE 270<br>OAK BROOK, IL 60523 | (d)Nationwide Credit & Co<br>PO Box 3219<br>Hinsdale, IL 60522-3219 | Portfolio Recovery Associates, LLC<br>c/o CAPITAL ONE BANK (USA), N.A.<br>POB 41067<br>Norfolk, VA 23541 |

| | | |
|---|---|---|
| SPRINGLEAF FINANCIAL S<br>2485 N COLUMBIA ST STE 1<br>MILLEDGEVILLE, GA 31061 | (d)Springleaf Financial S<br>770 Greison Trl Ste A<br>Newnan, GA 30263 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Specialized Loan Servicing LLC as servicer | (u)Specialized Loan Servicing, LLC | (d)Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 |

End of Label Matrix
Mailable recipients    50
Bypassed recipients     3
Total                  53

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19 B 34206 |
| Regena Barker, ) | HONORABLE LaShonda A Hunt |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Regena Barker, by and through Debtor's attorneys, The Semrad Law Firm, LLC and hereby moves this Honorable Court to modify the Chapter 13 Plan, and Debtor states the following:

1. On December 4, 2019, the Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On March 13, 2020, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The confirmed Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 10% of their allowed claims.

4. The confirmed Chapter 13 Plan requires the Debtor to make payments to the Chapter 13 Trustee in the amount of $780.00 on a monthly basis for 60 months.

5. Debtor was laid off in March 2020 due to the Covid-19 pandemic.

6. That as a result of Debtor being out of work due to the Covid-19 pandemic, her income has been negatively affected, and she has accrued a plan payment delinquency.

7. Debtor currently receives unemployment income and voluntary support from her mother. Debtor is in a position to resume making payments going forward, if the payments are lowered to $575.00 per month. Please see Exhibit A.

8. Debtor is seeking to defer the current default to the end of the plan.

9. That on March 27, 2020, the Coronavirus Aid, Relief and Economic Security Act H.R. 748 (CARES ACT) was signed into law.

10. Under the CARES ACT, Section 1113(b) Debtors affected by the Covid-19 pandemic may petition the Court for plan modification, including, but not limited to extending the plan up to seven years from the date of confirmation.

11. Debtor respectfully requests this Honorable Court to defer the current plan default to the end of the plan.

12. Debtor further requests this Honorable Court to extend the Debtor's Chapter 13 plan term past the 60-month period pursuant to the CARES Act.

13. Debtor further requests this Honorable Court to lower the current Chapter 13 plan payment to $575.00 per month.

14. Debtor further requests this Honorable Court to amend Section 8.1 of the Chapter 13 plan to state: Commencing with the May 2021 plan payment, Flagship Credit Acceptance shall receive set payments in the amount of $543.00 per month.

15. Debtor has filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, Debtor prays this Honorable Court for the following relief:

A. To modify the Debtor's Chapter 13 Plan in order to defer the current plan default to the end of the plan; and

B. That the plan will extend past the 60-month period pursuant to the CARES act; and

C. That the current Chapter 13 plan payment is decreased to $575.00 per month; and

D. That Section 8.1 of the Chapter 13 plan is amended to state: Commencing with the May 2021 plan payment, Flagship Credit Acceptance shall receive set payments in the amount of $543.00 per month; and

E. For any further relief as the Court may deem fair and proper.

Respectfully submitted,

  */s/ Sarah Lentes*
Attorney for Debtor

The Semrad Law Firm, LLC
Attorney for Debtor
10 N Martingale Rd Suite 400
Schaumburg, IL 60173
(312) 913-0625